**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DEQUANDRE HUNT,

      Petitioner,

v.                                                                    Case No. 12-13105

KEN TRIBLEY,

      Respondent.

_____/

**JUDGMENT**

      In accordance with the court's "Opinion and Order Denying Petition for Writ of

Habeas Corpus and Denying Certificate of Appealability," dated October 29, 2015,

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

Respondent Ken Tribley and against Petitioner Dequandre Hunt. Dated at Detroit,

Michigan, this 29th  day of October 2015.


                        S/Robert H. Cleland
                        ROBERT H. CLELAND
                        UNITED STATES DISTRICT JUDGE


Dated:  October 29, 2015


I hereby certify that a copy of the foregoing document was mailed to counsel of record
on this date, October 29, 2015, by electronic and/or ordinary mail.


                        S/Lisa Wagner
                        Case Manager and Deputy Clerk
                        (313) 234-5522